UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00214-MOC

| | |
|---|---|
| **JANET L. HAMM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      ORDER |
| | ) |
| **NANCY A. BERRYHILL,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the defendant's Motion for Remand to the Commissioner (#12) under Sentence Four. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the defendant's Motion for Remand to the Commissioner (#12) is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings, all pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: June 28, 2017

Max O. Cogburn Jr.
United States District Judge

1