UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-214-MOC

| | | |
|---|---|---|
| **JANET L. HAMM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act. Defendant responded and indicated no objection to the amount requested by plaintiff. Having considered plaintiff's motion and reviewed the pleadings, and finding that the requested amount of fees is reasonable, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act (#18) is **GRANTED**. Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $4,270.33. (Doc. No. 17).

The Commissioner shall pay $10,683.50 to Plaintiff's counsel in full satisfaction of any and all claims arising under § 406(b) of the Social Security Act, and counsel shall refund to Plaintiff the smaller award between this amount and the EAJA award.

Signed: November 26, 2019



Max O. Cogburn Jr.
United States District Judge