# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16-cv-214

| | |
|---|---|
| JANET L. HAMM,  )  | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | ORDER |
| ANDREW SAUL,  ) | |
| Commissioner Of  ) | |
| Social Security,  ) | |
| Defendant.  ) | |

This action is before the Court on Plaintiff's Motion for attorney fees under § 406(b) of the Social Security Act. (Doc. No. 21).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $1,402.50 to Plaintiff's Counsel in full satisfaction of any and all claims arising under § 406(b) of the Social Security Act.

Signed: May 5, 2020

Max O. Cogburn Jr
United States District Judge